# UNITED STATES DISTRICT COURT
### for the
Middle District of Louisiana

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| HUNG VAN VU | ) Case No:  3:04CR00148-001 |
| | ) USM No:  04234-095 |
| Date of Previous Judgment: 5/4/200T | ) Richard M. Upton, Esq. |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Amended Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons  x  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has

**IT IS ORDERED** that the motion is:
　☐ DENIED.　X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __108__ months **is reduced to** __87 months__.

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 30 | Amended Offense Level: | 28 |
| Criminal History Category: | II | Criminal History Category: | II |
| | 108 | | 108 |
| Previous Guideline Range: | ____ to 135 months | Amended Guideline Range: | 87 to ____ months |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☐ The reduced sentence is within the amended guideline range.
x The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

## III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment __5/4/2006__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: __4/14/10__

Judge's signature

Effective Date: _____
(if different from order date)

Chief Judge Ralph E. Tyson
Printed name and title

Any motion for reconsideration must be filed within ten (10) days of the date this order is filed in the court. Any additional documentation and supplemental memorandum in support of the motion for reconsideration must be filed within forty-five (45) days of the motion for reconsideration.